UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE HELEN CAVALCANTI BRESSANE,

      Petitioner,

v.                              Case No. 8:26-cv-2047-MSS-TGW

SHERIFF BOB GUALTIERI, *et al.*,

      Respondents.
_____/

**O R D E R**

Bressane, a Brazilian citizen who was detained in Pinellas County jail, filed an emergency petition for a writ of habeas corpus under 28 U.S.C. § 2241 and an emergency motion for a temporary restraining order. (Doc. 1) Bressane demanded release from custody arguing that her detention violated her federal right to procedural due process, her Fourth Amendment right against unreasonable seizures, and 8 C.F.R. § 287.7, a regulation that authorizes the United States Immigration and Customs Enforcement to detain a noncitizen in a county jail for no longer than forty-eight hours. (Doc. 1 at 16) The Pinellas County Sheriff and the Federal Respondents filed separate responses. (Docs. 4 and 6) The Federal Respondents argue that this action is moot because, on July 23, 2026, Bressane was released from custody.[1] Because Bressane is

_____

[1] On July 19, 2026, ICE transferred Bressane from the Pinellas County jail to the Flagler County jail. (Doc. 4-2) A Form I-203 confirms that Bressane was released from the Flagler County jail on July 23, 2026. (Doc. 6-1 at 6)

no longer in custody, this action is **DISMISSED** as moot. *Djadju v. Vega*, 32 F.4th 1102, 1106 (11th Cir. 2022) ("'As a general rule, a habeas petition presents a live case or controversy only when a petitioner is in custody.'"). The Clerk is **DIRECTED** to **CLOSE** this case.

    **DONE AND ORDERED** in Tampa, Florida on July 29, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE